# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
|  | CIVIL ACTION |
| In re: CHUKWUMA AZUBUKO, | NO.  18-mc-91408-PBS |

## ORDER OF DISMISSAL

**SARIS, Ch. J.**

In accordance with the Court's ELECTRONIC ORDER dated September 26, 2018, it is

ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

September 26, 2018
Date

/s/ Daniel C. Hohler
Deputy Clerk